IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

ROBERT A. BOLTENHOUSE,

        Petitioner,       :    Case No. 1:25-cv-558

     - vs -                        District Judge Jeffery P. Hopkins
                                     Magistrate Judge Michael R. Merz

WARDEN, London Correctional
  Institution,

        Respondent.

## DECISION AND ORDER DENYING STAY; REPORT AND RECOMMENDATIONS

This habeas corpus case, brought *pro se* by Petitioner Robert Boltenhouse under 28 U.S.C. § 2254, is before the Court on Petitioner's Motion to hold this case in abeyance pending his exhaustion of state court appeals (ECF No. 13).

Respondent had previously filed a motion to dismiss for lack of exhaustion (ECF No. 7) in lieu of filing a full return. The Court struck that motion because the Order for Answer had expressly prohibited a motion to dismiss. It has been the experience of this Magistrate Judge that considering a motion to dismiss separately from full consideration can lead to delay in completing a case, particularly because District Judge dockets are crowded with reviewing Magistrate Judge reports and recommendations to which objections have been filed.

In the Answer/Return of Writ, Respondent brings to the Court's attention that, in fact, Petitioner has not completed a full round of direct or postconviction appeals in the state courts.

1

He must do so before this Court can reach the merits of his case. *O'Sullivan v. Boerckel,* 526 U.S. 838, 846-7(1999). Petitioner himself concedes in the pending Motion for Abeyance that that is the case.

As Respondent also notes, the Petition here is not a mixed petition because none of Petitioner's claims are exhausted. Dismissing the case without prejudice is the appropriate remedy: it will not prejudice Petitioner's case and it will avoid the incorrect appearance of this Court's having pending cases that it does not deal with.

**Conclusion**

Based on the foregoing analysis, the Magistrate Judge respectfully recommends the Petition be dismissed without prejudice to its refiling when Petitioner has exhausted his available state court remedies. Because reasonable jurists would not disagree with this conclusion, it is also recommended that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

November 26, 2025.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's

objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal.