IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ROBERT A. BOLTENHOUSE, | : |
| *Petitioner*, | : Case No. 1:25-cv-558 |
| v. | : Judge Jeffery P. Hopkins |
| WARDEN, London Correctional Institution, | : |
| *Respondents*. | : |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. 14) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** without prejudice to its refiling when Petitioner has exhausted his available state court remedies. Petitioner is **DENIED** any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

December 30, 2025

Jeffery P. Hopkins
United States District Judge